UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

JS 6

| Case No. | EDCV 10-1261 DSF (Ex) | Date | 8/26/10 |
|---|---|---|---|
| Title | Bank of New York v. Arlene L. Riddick, et al., | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

This matter was removed from state court on August 23, 2010, based on federal question and federal civil rights jurisdiction.  The complaint is a state law unlawful detainer complaint and does not state a federal cause of action.   While the notice of removal claims jurisdiction under 28 U.S.C. § 1443 due to a denial of due process, (see Notice of Removal ¶ 4), federal jurisdiction is based on the plaintiff's complaint and not on any federal counterclaims or defenses that a defendant might assert.  See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.